UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY JAMES LEPRE, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:12-0695 |
| v. | : | (MANNION, D.J.) (CARLSON, M.J.) |
| THOMAS LEE and SGT. MICHAEL MAYER, | : | |
| Defendants | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, **(Doc. No. 25)**, is **ADOPTED**;

**(2)** the defendants' motion to dismiss the plaintiff's amended complaint, **(Doc. No. 21)**, is **GRANTED**; and

**(3)** the Clerk of Court is directed to close the instant action.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 10, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0695-02-ORDER.wpd